No. 88–6927.   HOLOVNIA v. MASSACHUSETTS.   App. Ct. Mass. Certiorari denied.

No. 88–6934.   REIDT v. UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 88–6937.   GOODSON v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 88–6938.   WILLIAMS v. KANSAS.   Ct. App. Kan.   Certiorari denied.

No. 88–6942.   BELL v. SMITH, FORMER COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir. Certiorari denied.

No. 88–6943.   WEEDEN v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 88–6945.   ESPADA v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 88–6946.   LaROQUE v. DEPARTMENT OF STATE.   C. A. 4th Cir.   Certiorari denied.

No. 88–6949.   PEROTTI ET AL. v. MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY AT LUCASVILLE, ET AL. C. A. 6th Cir.   Certiorari denied.

No. 88–6951.   CROXTON v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 88–6955.   WILLIS v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 88–6964.   SCHUMPERT v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–6969.   PROWS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–6979.   LADD v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 88–6985.   DAVIS v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.